

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00074-CV

**TRAVIS MICHAEL ALLEN,**

                             **Appellant**

 v.

**JUANITA MARIE ALLEN AND IN THE
INTEREST OF K.L.A., B.M.A., AND K.L.A.,
CHILDREN,**

                             **Appellees**

From the County Court
Somervell County, Texas
Trial Court No. 01613

---

## MEMORANDUM OPINION

---

Travis Michael Allen appealed the issuance of a protective order against him which was rendered on March 3, 2016. Allen has now filed a motion to dismiss his appeal, asserting that he never intended to pursue the matter in an appellate court.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (Waco) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we find the rule is not applicable and order the Clerk to write off all unpaid filing fees in this case and to waive the payment and collection thereof. *See* Tex. R. App. P. 2.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 19, 2016
[CV06]

